GEORGE W. SIMPERS and J. F. CRAUMER, Appellants, v. ELLEN SLOAN and JOHN D. SLOAN, Respondents.

A married woman has no power to sign in her own name a promissory note, and execute a mortgage to secure its payment.

APPEAL from the District Court of the Twelfth Judicial District, San Francisco County.

Action brought to foreclose a mortgage executed by the defendant,

Ellen Sloan, to secure the payment of a promissory note made by her.

The case was tried by the Court, who found, that at the time of the signing of the note and the execution of the mortgage, Ellen Sloan was a married woman. The Court gave judgment for the defendants. Plaintiffs appealed.

*Thomas C. Hambly*, for Appellants.

*William H. Rhodes*, for Respondents.

No briefs on file.

HEYDENFELDT, J., delivered the opinion of the Court. MURRAY, C. J., concurred.

That a *feme covert* has no power to make a contract is a doctrine of the law which this Court has no power to disturb. Like every general rule, it has its exceptions; but they are well defined, and this case is not one of them.

Judgment affirmed.